IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ANGELA WASHINGTON DEBOSE,<br><br>    Plaintiff,<br><br>v.<br><br>PRIMERICA LIFE INSURANCE COMPANY,<br><br>    Defendant. | CIVIL ACTION FILE<br><br>NO. 1:23-CV-4102-MHC |

## ORDER

This case comes before the Court on Plaintiff Angela Washington Debose ("Debose")'s Motion to File Electronically and Receive Electronic Notifications ("Mot. to File Electronically") [Doc. 10]. Debose, proceeding in this action pro se, requests an order approving electronic filing and access to the Court's CM/ECF system. See generally Mot. to File Electronically.

Federal Rule of Civil Procedure 5 permits electronic filing by persons not represented by an attorney "only if allowed by court order or by local rule." FED. R. CIV. P. 5(d)(3)(B). This Court has squarely addressed the issue in the Court's Local Rules: "Pro se litigants who are not attorneys in good standing admitted to the Bar of this Court must file all documents with the Court in paper form."

Standing Order No. 19-01, In Re: Revised Electronic Case Filing Standing Order and Administrative Procedures (see App. H to Local Rules, NDGa). Debose does not allege and does not appear to be a member of the Bar of this Court. Therefore, this Court's Standing Order No. 19-01 prohibits her from using the Court's electronic filing system. See Smith v. Robin Warren Props., LLC, No. 18-CV-03785-WMR-JCF, 2019 WL 4138005, at *2 (N.D. Ga. Jan. 9, 2019) (collecting cases where pro se litigants' motions for CM/ECF access were denied pursuant to this Court's Local Rules).[1]

For the foregoing reasons, it is hereby **ORDERED** that Angela Washington Debose's Motion to Allow Electronic Filing [Doc. 10] is **DENIED**.

**IT IS SO ORDERED** this 3rd day of November, 2023.

_____
MARK H. COHEN
United States District Judge

---

[1] DeBose requests CM/ECF access because "[i]t would allow the Plaintiff to be prompt and responsive to orders and other papers." Mot. to File Electronically ¶ 2. The Court notes that the Federal Rules of Civil Procedure allow for a three-day extension of time for parties receiving service of Court filings by mail to respond to such filings. FED. R. CIV. P. 6(d).